# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARILYN RICE,** *et al.,* | ) |
| **Plaintiffs,** | ) |
| v. | ) NO. 13-cv-955 JPG/DGW |
| **MC FREIGHT,** *a corporation,* *also known as* MC Freight Trucking Company, *et al.,* | ) |
| **Defendants.** | ) |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: September 29, 2014         JUSTINE FLANAGAN, Acting Clerk of Court
                                                    *s/ Reid Hermann Deputy Clerk*


**Approved:**   *s/ J. Phil Gilbert*
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**